3

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF __Ohio__
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

---

DARYL D. DORSEY JR.

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Kelly Services

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

**5:16  CV  1577**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

**JUDGE ADAMS**

**MAG. JUDGE LIMBERT**

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

2016 JUN 23  AM 10:06

**FILED**

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis.*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Darcyl D. Dorsey JR |
| Street Address | 1101 Peerless Ave |
| City and County | Akron, Ohio Summit |
| State and Zip Code | Ohio 44320 |
| Telephone Number | 330-208-3199 |
| E-mail Address | darcyldorsey90@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Kelly Services |
| Job or Title (if known) | Temp Agency |
| Street Address | 3900 Medina Rd Suite 1 |
| City and County | Montrose Summit |
| State and Zip Code | Ohio, 44333 |
| Telephone Number | 330-670-6324 |
| E-mail Address (if known) |  |

☐   Individual capacity          ☐   Official capacity

Defendant No. 2

|  |  |
|---|---|
| Name |  |
| Job or Title |  |

(if known)

| | |
|---|---|
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

☐ Individual capacity    ☐ Official capacity

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title     VII

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Title    VII,    ADA    or GINA

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I  was deprived Equal Oppurtunity of Employment And wages by defendant due to discrimination

4

**III. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The Event occured in their Suite 1 on Medina Rd.

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 27, 2015

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On the above date October 27 2015 My Employment was terminated after (3) three yrs. for a felony on my Record over 18 yrs ago.

**IV.** **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

**V.** **Relief**

State briefly what you want the court to do for you.  Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The defendants shall be sued for lost wages, violation of constitutional law of Equal Rights to Equal Right of opportunity of Employ- ment

**VI.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _6 - 2 3_ , 20_16_

Signature of Plaintiff  _Daryl D. Dorsey Jr._

Printed Name of Plaintiff  _DARYL D. DORSEY JR._

_789 MARIE AVE._

**B.**  **For Attorneys**

_AKRON, Ohio 44314    330-208-3199_

Date of signing: _____ , 20__.

_868-0301_

Signature of Attorney _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

Telephone Number  _____

E-mail Address  _____

7